IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRAVELPORT, LP,  )
 )
       Plaintiff, )
 )
 v. ) No. 11 C 5160
 )
PAKISTAN INTERNATIONAL AIRLINES )
CORPORATION, )
 )
       Defendant. )

<u>MEMORANDUM ORDER</u>

Back on August 1, 2011 this Court issued its memorandum opinion and order ("Opinion") dismissing this action because of the failure of plaintiff Travelport, LP ("Travelport") to identify its own relevant citizenship, as was needed to confirm the claimed existence of federal diversity of citizenship jurisdiction. As the Opinion had permitted, Travelport's counsel quickly filled in the gap in that respect, and the dismissal was vacated on August 10 so that this action could go forward.

Now Travelport has moved for leave to file a Second Amended Complaint ("SAC") to add Travelport Global Distribution System, B.V. ("Travelport Global") as an additional party plaintiff, with defendant Pakistan International Airlines Corporation ("PIA") interposing no opposition. That proposed SAC reflects that Travelport's counsel have done their homework in applying the principles as to citizenship adverted to in the Opinion--but this memorandum order is occasioned by one remaining gap in that respect.

SAC ¶2 traces through Travelport's convoluted structure satisfactorily, so that every entity involved in that structure has citizenship that is diverse from that of PIA. But as to Travelport Global, SAC ¶3 tracks the citizenship of every participant in its equally convoluted structure except for Travelport Investor (Luxembourg) S.a.r.l., which is described as "a Luxembourg limited liability company." Unfortunately, SAC ¶3 is conspicuously silent as to the relevant citizenship information regarding that company.

Accordingly this Court will await whatever input may be provided by Travelport's counsel at the December 14 presentment date of his motion, a date that coincides with the previously-scheduled status hearing set by this Court. It hopes to rule on the motion based on that input.

_____
Milton I. Shadur
Senior United States District Judge

Date: December 13, 2011